UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JUSTIN C. QUANTRELL,

        Plaintiff,        Case No. 1:07-cv-257

v.        Honorable Wendell A. Miles

GORDON J. QUIST et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On April 23, 2007, the Court entered an order of deficiency (docket #2) because Plaintiff had failed to pay the $350.00 civil action filing fee or to file the required documents as required by 28 U.S.C. § 1915(a)(2) in order to apply to proceed *in forma pauperis*. The Court allowed thirty days for Plaintiff to comply. Plaintiff was warned that if he failed to comply, the Court would presume that he was not proceeding *in forma pauperis*, assess the entire filing fee, and dismiss his case for want of prosecution.

More than thirty days have elapsed. Plaintiff failed to pay the $350.00 civil action filing fee or to submit the requisite documents to apply to proceed *in forma pauperis*. Because Plaintiff has wholly failed to comply with the Court's order, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated: <u>June 27, 2007</u>                                     <u>/s/ Wendell A. Miles</u>
                                                                Wendell A. Miles
                                                                Senior U.S. District Judge